United States District Court
Southern District of Ohio

## Related Case Memorandum
## Civil Cases

TO: Judge Michael R. Barrett and Judge Timothy S. Black

FROM: Emily Hiltz , Case Administrator

DATE: 5/22/2018

SUBJECT: Case Caption: SKAT v. The Sinclair Pension Plan, et al.

CASE: Case Number: 1:18cv351

DISTRICT JUDGE: Susan J. Dlott

File Date: 5/22/2018

This memorandum is to notify you that the civil cover sheet in the above referenced case reflects the following alleged related case:

**Related Case:**

Case Caption: **SKAT v. The Bella Consultants Pension Plan, et al.**

Case Number: **1:18cv309**   District Judge: **Michael R. Barrett**

File Date: **5/4/2018**   Magistrate Judge:

**Related Case(s):**

Case Caption: **SKAT v. The Mueller Investments Pension Plan, et al.**

Case Number: **1:18cv310**   District Judge: **Timothy S. Black**

File Date: **5/4/2018**   Magistrate Judge:

Memo Re: Related Civil Cases
Page 2

**Related Case(s):**

Case Caption: **SKAT v. The Green Group Site Pension Plan, et al.**

Case Number: **1:18cv311**   District Judge: **Michael R. Barrett**

File Date: **5/4/2018**   Magistrate Judge:

The District Judges having conferred, we respond to Case Administrator **Emily Hiltz** as follows:

**Judges' Response:**

☐ We agree that the cases are **not** related and that the subject case should remain with the Judge to whom it is assigned.

☒ We agree that the cases **are** related and that the subject case should be transferred to the docket of Judge   Michael R. Barrett

☐ We agree that although the cases **are** related, the subject case nevertheless should remain with the Judge to whom it was assigned.

☐ We are unable to agree and will accept any decision made by the Chief Judge.

☐ I am the Judge on both/all of the listed cases and have determined that the cases are **not** related.

☐ I am the Judge on both/all of the listed cases and have determined that the cases **are** related and they shall both/all remain on my docket.

☐ Other Direction of Judge: _____

_____

s/Susan J. Dlott
United States District Judge

s/Michael R. Barrett
United States District Judge

s/Timothy S. Black
United States District Judge

*Revised 7/19/2012*